**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:  LONNIE C GREENE             §               Case No.: 10-44060
                                    §
                                    §
                                    §
                                    §
        Debtor(s)                   §
-----------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/30/2010.

2) This case was confirmed on 03/14/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/07/2011.

5) The case was converted on 09/18/2011.

6) Number of months from filing to the last payment: 6

7) Number of months case was pending: 13

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    59,600.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 3,350.00 |
| Less amount refunded to debtor | $ 13.60 |
| **NET RECEIPTS** | $ 3,336.40 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,000.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 230.21 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,230.21 |
| Attorney fees paid and disclosed by debtor | $ 500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CREDIT ACCEPTANCE CO | UNSECURED | 6,895.36 | 5,271.19 | .00 | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 4,635.00 | 4,635.09 | 4,635.09 | .00 | .00 |
| ADVANTAGE ASSETS INC | UNSECURED | 726.00 | 726.53 | 726.53 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 10,093.68 | 12,362.68 | 12,362.68 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 19,474.90 | 27,915.33 | 27,915.33 | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NA | 300.00 | 300.00 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | 136,060.00 | 120,785.55 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | 15,575.40 | 15,575.40 | 15,725.40 | 106.19 | .00 |
| BAC HOME LOANS SERVI | SECURED | 8,506.00 | 8,506.25 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | 118.00 | 1,875.32 | 1,875.32 | .00 | .00 |
| CITY OF CHICAGO PARK | PRIORITY | .00 | NA | NA | .00 | .00 |
| CITY OF BLUE ISLAND | PRIORITY | 300.00 | NA | NA | .00 | .00 |
| COOK COUNTY STATES A | PRIORITY | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | PRIORITY | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 5,242.43 | 5,242.43 | 5,242.43 | .00 | .00 |
| AFNI | UNSECURED | 829.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,569.18 | 2,569.18 | 2,569.18 | .00 | .00 |
| AT&T CINGULAR WIRELE | UNSECURED | 105.00 | NA | NA | .00 | .00 |
| ADVANTAGE ASSETS | UNSECURED | 726.53 | NA | NA | .00 | .00 |
| CITIBANK SEARS | UNSECURED | 3,438.00 | NA | NA | .00 | .00 |
| HOME DEPOT | UNSECURED | 726.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| US CELLULAR | UNSECURED | .00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | .00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | .00 | NA | NA | .00 | .00 |
| LITTLE COMPANY OF MA | UNSECURED | .00 | NA | NA | .00 | .00 |
| GREGORY ER PHYSICIAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| GREGORY ER PHYSICIAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| GREGORY ER PHYSICIAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| ABDUL AMINE MD | UNSECURED | .00 | NA | NA | .00 | .00 |
| ADVOCATE HEALTH CTR | UNSECURED | .00 | NA | NA | .00 | .00 |
| CARDIOVASCULAR CONSU | UNSECURED | .00 | NA | NA | .00 | .00 |
| CARDIOLOGY MEDICAL G | UNSECURED | .00 | NA | NA | .00 | .00 |
| LITTLE CO MARY HOSPI | UNSECURED | .00 | NA | NA | .00 | .00 |
| LITTLE COMPANY OF MA | UNSECURED | .00 | NA | NA | .00 | .00 |
| LITTLE CO AFFLIATED | UNSECURED | .00 | NA | NA | .00 | .00 |
| THE MCGRATH CLINIC S | UNSECURED | .00 | NA | NA | .00 | .00 |
| THE MCGRATH CLINIC S | UNSECURED | .00 | NA | NA | .00 | .00 |
| MIDWEST NEOPED ASSOC | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRONGER SMITH MEDICA | UNSECURED | .00 | 280.00 | 280.00 | .00 | .00 |
| PRONGER SMITH MEDICA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | .00 | NA | NA | .00 | .00 |
| COMMERCIAL CHECK CON | UNSECURED | .00 | NA | NA | .00 | .00 |
| CERTEGY PAYMENT RECO | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO SUN TIMES | UNSECURED | .00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT | UNSECURED | .00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT | UNSECURED | .00 | NA | NA | .00 | .00 |
| GT DIRECT INC | UNSECURED | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | .00 | 256.25 | .00 | .00 | .00 |
| ARROW FINANCIAL SVC | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONAL MAGAZINE EX | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | 1,269.66 | .00 | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | .00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 238.30 | 238.30 | 238.30 | .00 | .00 |
| PETES PRODUCE | UNSECURED | .00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 50.27 | 506.51 | 506.51 | .00 | .00 |
| FAMILY DOLLAR | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | NA | 680.00 | 680.00 | .00 | .00 |
| BAC HOME LOANS SERVC | OTHER | NA | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 2,931.03 | .00 | .00 | .00 |
| NCO PORTFOLIO MGMT | UNSECURED | NA | 413.19 | .00 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 836.20 | 836.20 | 836.20 | .00 | .00 |
| LVNV FUNDING | UNSECURED | NA | 6,463.86 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==============================================================================.
| **Scheduled Creditors:**                                                     |
|                                                                              |
| Creditor                 Claim          Claim          Principal      Int.   |
|   Name         Class    Scheduled      Asserted       Allowed    Paid       Paid  |
|                                                                              |
|BAC HOME LOANS SERVI  OTHER         .00           NA           NA           .00          .00 |
.==============================================================================.
```

UST Form 101-13-FR-S(9/01/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 17,600.72 | 106.19 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 17,600.72 | 106.19 | .00 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 17,605.11 | .00 | .00 |
| **TOTAL PRIORITY:** | 17,605.11 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 38,687.14 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,230.21 |
| Disbursements to Creditors | $ | 106.19 |
| **TOTAL DISBURSEMENTS:** | $ | 3,336.40 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/19/2011           /s/ Tom Vaughn
                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**